UNITED STATES of America, Appellee,

v.

Francisco RODRIGUEZ–OROZCO, Appellant.

No. 09–2241.

United States Court of Appeals, Eighth Circuit.

Submitted: June 23, 2010.

Filed: June 25, 2010.

Ronna A. Holloman–Hughes, Asst. Fed. Public Defender, Kansas City, MO (Raymond C. Conrad, Jr., Fed. Public Defender, on the brief), for appellant.

Francisco Rodriguez–Orozco, Oklahoma City, OK, pro se.

Patrick D. Daly, Spec. Asst. U.S. Atty., Kansas City, MO, for appellee.

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

PER CURIAM.

After Francisco Rodriguez–Orozco pleaded guilty to drug and immigration offenses, the district court[1] varied downward from the applicable Guidelines range and sentenced him to a total of 70 months in prison and three years of supervised release. On appeal, his counsel has moved to withdraw and has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

that the sentence is unreasonable because Rodriguez–Orozco should have received the same sentence as a codefendant. After careful review we conclude that the sentence is not unreasonable, *see United States v. Feemster,* 572 F.3d 455, 461 (8th Cir.2009) (en banc); *United States v. Watson,* 480 F.3d 1175, 1177 (8th Cir.2007); and having reviewed the record independently under *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we also find no nonfrivolous issues for appeal.[2] Accordingly, we affirm, and we grant counsel's motion to withdraw.

---

2. In his pro se notice of appeal, Rodriguez–Orozco complains that counsel did not adequately represent him in this matter. However, generally we do not address claims of ineffective assistance of counsel in a direct criminal appeal. *See United States v. McAdory,* 501 F.3d 868, 872–73 (8th Cir.2007).

